# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

## HOUSTON DIVISION

| | |
|---|---|
| Mt. Hawley Insurance Company, <br> *Plaintiff,* <br><br> v. <br><br> Sheila O. Aninipok also known as Sheila Moiani, Independent Executor of the Estate of Nenita A. Montgomery, Deceased, <br> *Defendant* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § CIVIL ACTION NO. 4:24cv5001 |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated February 2, 2026 (Dkt. 23) and the objections thereto (Dkt. 24), the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Plaintiff, Mt. Hawley Insurance Company's Motion for Summary Judgment (Dkt. 15) is **GRANTED**.

It is further **ORDERED** that Defendant Sheila O. Aninipok's Motion for Summary Judgment (Dkt. 16) is **DENIED** and her Partial Motion for Summary Judgment is **DENIED AS MOOT** (Dkt. 13).

It is further **ORDERED, ADJUDGED and DECREED** that the Order of Dismissal entered on April 26, 2023, vacated the Interlocutory Summary Judgment against Greater Houston Transportation Company and dismissed all claims Nenita Montgomery asserted in the Underlying Lawsuit (Dkt. 15-12). Neither Montgomery nor Aninipok is a judgment creditor with standing to seek recovery against Mt. Hawley under the Mt. Hawley Policy. The Mt. Hawley Policy does not provide coverage for the Interlocutory Summary Judgment entered in the Underlying Lawsuit.

Further, Mt. Hawley has no obligation to indemnify for or to satisfy the Interlocutory Summary Judgment entered in the Underlying Lawsuit or to pay any amount to Sheila O. Aninipok, Independent Executor of the Estate of Nenita A. Montgomery, Deceased, under the Mt. Hawley Policy. (Dkt. 1 at 13-14).

**SIGNED** at Houston, Texas this __23__ day of February, 2026.

———————————————
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE