United States District Court
Southern District of Texas
**ENTERED**
February 23, 2026
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

### HOUSTON DIVISION

| | | |
|---|---|---|
| MT. HAWLEY INSURANCE COMPANY,<br>*Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:24cv5001 |
| SHEILA O. ANINIPOK ALSO KNOWN AS<br>SHEILA MOIANI, INDEPENDANT EXECUTOR<br>OF THE ESTATE OF NENITA A.<br>MONTGOMERY, DECEASED,<br>*Defendant* | § § § § § | |

## <u>FINAL JUDGMENT</u>

In accordance with this Court's Order of Adoption entered this day adopting the Magistrate Judge's recommendations, it is hereby **ORDERED, ADJUDGED and DECREED** that the Order of Dismissal entered on April 26, 2023, vacated the Interlocutory Summary Judgment against Greater Houston Transportation Company and dismissed all claims Nenita Montgomery asserted in the Underlying Lawsuit (Dkt. 15-12). Neither Montgomery nor Aninipok is a judgment creditor with standing to seek recovery against Mt. Hawley under the Mt. Hawley Policy. The Mt. Hawley Policy does not provide coverage for the Interlocutory Summary Judgment entered in the Underlying Lawsuit. Further, Mt. Hawley has no obligation to indemnify for or to satisfy the Interlocutory Summary Judgment entered in the Underlying Lawsuit or to pay any amount to Sheila O. Aninipok, Independent Executor of the Estate of Nenita A. Montgomery, Deceased, under the Mt. Hawley Policy. (Dkt. 1 at 13-14).

Costs shall be taxed against Defendant.

**THIS IS A FINAL JUDGMENT**.

**SIGNED** at Houston, Texas this ___23rd___ day of February, 2026.

SIM LAKE

SENIOR UNITED STATES DISTRICT JUDGE